IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MOHAMMED GARBA,

    Plaintiff,

v.

ZIM AMERICAN SHIPPING
SERVICE COMPANY, INC.,

    Defendant.

: 
: CIVIL ACTION
: 
: NO. 1:05-cv-1238-WBH

### ORDER

A review of the file and docket for this case shows that parties in this action have not complied with the Local Rules requiring that a Certificate of Interested Persons be filed thirty (30) days after the appearance of a defendant by answer or motion and that a Proposed Preliminary Report and Discovery Plan be filed thirty (30) days after the first answer is filed. L.R. 3.3;16.2 (N.D.Ga. 1997). Both the Certificate of Interested Persons and the Preliminary Report and Discovery Plan were due on July 29, 2005. As of today parties have not complied with the filing requirements. Parties are hereby ORDERED either to file the Certificate of Interested Persons and the Preliminary Report and Discovery Plan on or before November 18, 2005, or TO SHOW CAUSE in writing by that date why this case should not be dismissed or sanctions imposed for failure to comply with the rules of this Court.

It is so ORDERED, this ___7___ day of November, 2005.

_____
Willis B. Hunt, Jr.
Judge, United States District Court